NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-377


KIMBERLY M. CURRIE, NOW NEWTON
VERSUS
DAVID B. CURRIE


************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 99-4065,
HONORABLE LILYNN CUTRER, DISTRICT JUDGE

************

BILLIE C. WOODARD
JUDGE

************

Court composed of John D. Saunders, Billie C. Woodard, and Elizabeth A. Pickett, Judges.


**RULE TO SHOW CAUSE WITHDRAWN.**


Satrica D. Williams
3221 Common St.
Lake Charles, LA 70601
(337) 436-2075
COUNSEL FOR PLAINTIFF/APPELLANT:
    Kimberly M. Currie, now Newton

Kathleen Kay
512 Pujo St.
Lake Charles, LA 70601
(337) 439-7616
COUNSEL FOR DEFENDANT/APPELLEE:
    Henry Lee